# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MATTHEW D. CUYLER,

    Plaintiff,

v.

THE KROGER COMPANY,

    Defendant.

CIVIL ACTION NO.
1:14-CV-1287-RWS

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 121]. Having carefully reviewed the record, the Report and Recommendation, and the objections filed thereto [Doc. No. 124], the Report and Recommendation [Doc. No. 121] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion for Sanctions [doc. No. 76] is GRANTED in part and DENIED in part. Plaintiff is ORDERED to pay Defendant $800 to reimburse Defendant for attorneys' fees incurred as a result of his sanctionable filings within fourteen days.

**SO ORDERED**, this 9th day of March, 2016.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)