FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 22 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW D. CUYLER ) | |
| ) | |
| Plaintiff ) | Civil Action No: |
| ) | 1:14-cv-1287-ELR |
| ) | Jury Trial Demanded |
| THE KROGER COMPANY ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S OBJECTION TO THE DISTRICT COURT JUDGE ORDER RENDERED ON FEBRUARY 8, 2018 OVERRULING PLAINTIFF'S OBJECTION UNDER FRCP, RULE 59(e) AND 60(b)(3)

Comes Now, Plaintiff, and files this Objection to the District Court Judge's Order rendered on February 8, 2018, Overruling Plaintiff's Objection to FRCP Rule 59(e) and 60(b).

In Support of Plaintiff's Objection, Plaintiff states the following:

## OBJECTION TO COURT ORDER RENDERED ON FEBRUARY 8, 2018

The Court; Judge Eleanor Ross lied, committed fraud and violated her Oath of Office, wherein; she stated that *"Because Plaintiff's objections continue to be frivolous and without merit, the Court **Overrules** Plaintiff's*

*objections."* Judge **Eleanor L. Ross** lied in her orders dismissing valid claims by stating that the claims were frivolous. **See Neitzke V. Williams (1989) and Denton V. Hernandez, 112 S. Ct. 1728, (1992).** *"a Judge could invoke the frivolous standard only if he had factual evidence that an allegation could not be true" "In order to be found frivolous, the claim must have no arguable basis in law or fact."* There was a pending lawsuit against Judge **Eleanor L. Ross** prior to her rendering her decisions. The court records will prove that fact.

Judge; Eleanor Ross, Order rendered on December 6, 2017, is **"No Good."** It is fraud, aiding and abetting because the Civil Rights complaint against Judges Richard W. Story and Alan J. Baverman **was still pending.** Any orders by Judges Richard W. Story and Alan J. Baverman are **"No Good"**

Also, Judge; Eleanor Ross Order rendered on December 6, 2017, is **"No Good"** because Judge; Eleanor Ross was not assigned to this case until November 30, 2016. She rendered and Order in two days base on bias and prejudice because Plaintiff is Pro Se. She ignored the **facts** and never address the **issues or evidence** in the case. Because their was a pending lawsuit against Judges Richard W. Story and Alan J. Baverman, her co-workers, which makes her automatically disqualified. Therefore, any orders

that Judge; Eleanor Ross rendered is **"No Good"** and **Void** as a matter of law.

Contrary to the Court's learned or unlearned interpretation of the law. It is **Treason** for a Judge to render any orders after being automatically Disqualified by law. **(There was a Pending lawsuit against Judge; Eleanor Ross and other Judges of the Northern District Court prior to Judge; Eleanor Ross making any rulings in any of Plaintiff pending cases).** Her actions are criminal and Treason according to law.

*Should a judge issue any order after he has been disqualified by law,* the effect is that the entire case is voided or cancelled. Any ruling or judgment that the court has issued will be void.

*The District Court Judge; Eleanor L. Ross Orders are "No Good and Void" because they, are/were based on fraud, bias and prejudice and violation of Due Process because the District Court Judge; Eleanor Ross should have recuse herself because of the code of judicial conduct; canon 3B(5), canon 3C(1)(b) and 28 USC Section 455(a); because of Association, relationship with other judges and officials. Judge Richard W. Story and others Officials in the Northern District Court.*

## MEMORANDUM OF LAW

*"any justice or judge of the United States shall disqualify him/herself in any case in which he/she has substantial interest.........or is so related to or connected with a party or his attorney as to render it improper, in his/her opinion, for him/her to sit on the trial, appeal, or other proceedings therein. See 28 U.S.C. sec.455, ch. 646, sec. 1, 62 Stat.908 (1948) (current version 2006)". Section 455(a) requires disqualification for the appearance of partiality, not for actual partiality.*

*"there my be other circumstances in which the ties between the judge and the public official (United State Attorney) are so close, and the consequences of a ruling adverse to the official are so dire, the disqualification is appropriate regardless of the capacity*

*in which the official is sued." United States V. Bobo, 323 F. Supp. 2nd 1238 (N.D. Ala. 2004).*

*"in some cases disqualification may be necessary. In United States V. Kelly, 888 F.2d 732 (11th Cir. 1989)., "the Eleventh Circuit held that a trial judge improperly failed to disqualify himself when, among other things, a close personal friend (like judge Richard W. Story and Alan J. Baverman, etc.) was a key defense witness. The judge had expressed concern on the record that he might bend over backwards to prove he lacked favoritism."*

*"In United States V. Murphy, 768 F.2d 1518 (7th Cir. 1985), the Seventh Circuit concluded that a judge should have disqualified himself where he and the prosecuting attorney were close friends." (like the U.S. Assistant Attorney to Judge Eleanor L. Ross).*

*"Ex parte communication. Ex parte contacts contributed to the D.C. Circuit's decision to remand a case to a different trial judge" in United States V. Microsoft 56 F. 3d 1448 (D.C. Cir. 1995). because Judge Eleanor L. Ross work with other district judges and the U.S. Attorney for the Northern District of Georgia, makes her automatically disqualified."*

**Under title 18 U.S.C. sec. 1001, makes it a crime to: 1) knowingly and willfully; 2) make any materially false, fictitious or fraudulent statement or representation; 3) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; 4) in any matter within the jurisdiction of the executive, legislative or judicial branch of the United States.**

**Under title 18 U.S.C. sec. 1505, Whoever corruptly... influences, obstructs, or impedes or endeavors to influence, obstruct, or impede to due, the proper administration of the law under which any pending proceeding is being had before any department or agency of the United States... shall be fined not more than $5,000. or imprisoned not more than five years, or both.**

**Under title 18 U.S.C. sec. 1512, (b) Whoever knowingly uses intimidation or physical force, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward anther person, with intent to-**

**(1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to-**
   **(A) Withhold testimony, or record, document, or other object, from an official proceeding;**

**(3) hinder, delay or prevent the communication to a law enforcement officer or**

**judge of the United States of information relating to the commission or possible commission of a Federal offense… shall be fined under this title or imprisoned not more than ten years, or both.**

**18 U.S.C. § 4 (misprision of felony), 18 U.S.C. § 241 (conspiracy against rights), 18 U.S.C. § 1505 (obstruction of court proceedings), 18 U.S.C. § 2381 (treason), 18 U.S.C. § 2382 (misprision of treason).**

Contrary to the Court's learned or unlearned interpretation of the law on **Frivolous**. It's the court lack of seriousness or sense. If anyone' conduct is/was frivolous. It is/was the court and defendants. The Court rendered frivolous Orders and allowed defendants to file frivolous responses with no evidence or documents to justify their frivolous actions to delay and conspire with the court. **Frivolous means in a legal context, lacking in Substance, claims which have no basis in fact or law.** *See court records.*

Furthermore, Federal Rule of Civil Procedure, Rule 59(e), 60(b)(3) requires that orders and judgments be vacated due to fraud upon the court. Kenner V. C.I.R., 387 F3d 689 (1968) "The 7th Cir. Further state that, a decision produce by fraud upon the Court **is not in essence a decision at all, and never becomes final.** It is also clear and well-settled law that any attempt to commit fraud upon the court **vitiates the entire proceeding**. Citing Universal Oil Products Co. V. Root Ref. Co. 328, U.S. 575, 580 (1946)., Demjanjuk V. Petrovsky, 10 F3d 338, 348 (6th Cir. 1993). Also, United States V. Timmons, 672 F2d 1373 (11Cir. 1982).

## IN CONCLUSION

Wherefore, Plaintiff states that the District Court Judge Order rendered on February 8, 2018, was based on fraud, lies, and violation of the Oath of office. As a matter of law, the District Court Judge order is **"No Good" and Void** and **must be vacated. Her actions are criminal, which is Treason under the Law.** Judge Ross willfully and knowingly turned a blind eye to the criminal acts committed against Plaintiff by maliciously neglecting her judicial duties. The evidence in the record clearly reflects her prejudicial disposition toward the Plaintiff in her decision making and malicious neglect of her mandatory duty to grant discovery in this case.

Respectfully submitted this __22nd__ day of __February__, 2018.

Respectfully,

Matthew Cuyler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW D. CUYLER )<br><br>    Plaintiff    )<br>)<br>)<br>)<br>THE KROGER COMPANY  )<br>)<br>    Defendant  )<br>/ | Civil Action No:<br>1:14-cv-1287-ELR<br>Jury Trial Demanded |

## CERTIFICATE OF SERVICE

I, do hereby certify that a copy of this **PLAINTIFF'S OBJECTION TO THE DISTRICT COURT JUDGE ORDER RENDERED ON FEBRUARY 8, 2018 OVERRULING PLAINTIFF'S OBJECTION UNDER FRCP, RULE 59(e) AND 60(b)(3)**, by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:

**Lynnette D. Espy-Williams**
Law Firm of Cozen O'Connor
1230 Peachtree Street, N.E.
Suite 400 The Promenade
Atlanta, GA 30309

Respectfully submitted this 22nd day of February, 2018.

Respectfully,

Matthew D. Cuyler

7805 Poppy Drive
Winston, GA 30187
(770) 577-6817